Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−33166−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Arnold Joseph Gursaly | Kerry Ann Corwin−Gursaly |
| 235 North Central Avenue | 235 North Central Avenue |
| Ramsey, NJ 07446 | Ramsey, NJ 07446 |

Social Security No.:
  xxx−xx−5420                                            xxx−xx−6791

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: February 6, 2020          Vincent F. Papalia
                                 Judge, United States Bankruptcy Court