Form 200 – blanknotice

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 14−33166−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Arnold Joseph Gursaly | Kerry Ann Corwin−Gursaly |
| 235 North Central Avenue | 235 North Central Avenue |
| Ramsey, NJ 07446 | Ramsey, NJ 07446 |

Social Security No.:
  xxx−xx−5420                                         xxx−xx−6791

Employer's Tax I.D. No.:

    Motion Requesting Redaction of Personal Identifiers

Hearing Scheduled. (related document:37 Motion Requesting Redaction of Personal Identifiers. Fee Amount $ 25. Filed by Joseph Gunnar Devine Jr on behalf of TD Bank. (Attachments: # 1 Exhibit Exhibit A) filed by Creditor TD Bank) Hearing scheduled for 3/19/2020 at 10:00 AM at VFP − Courtroom 3B, Newark. (mcp) (Entered: 02/14/2020)

Dated: February 14, 2020
JAN: mcp

                                                          Jeanne Naughton
                                                          Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                         Case No. 14-33166-VFP
Arnold Joseph Gursaly                                          Chapter 13
Kerry Ann Corwin-Gursaly
       Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                Page 1 of 3                  Date Rcvd: Feb 14, 2020
                               Form ID: 200               Total Noticed: 64


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2020.
db/jdb         +Arnold Joseph Gursaly,    Kerry Ann Corwin-Gursaly,   235 North Central Avenue,
                 Ramsey, NJ 07446-1415
515171076      +Abn Amro Mortgage Grou,    Po Box 9438,   Gaithersburg, MD 20898-9438
515343778       American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515171078      +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
515171079      +Amexdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
515171081     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,    Po Box 982235,   El Paso, TX 79998)
515308731      +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
515171080      +Bby/Cbna,   50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
515312179       Capital One, N.A.,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515171085      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
515171086      +Chase-Pier,   Po Box 15298,    Wilmington, DE 19850-5298
515171088      +Citi,   Po Box 6497,   Sioux Falls, SD 57117-6497
515376726      +Citibank, N.A.,    701 East 60th Street North,   Sioux Falls, SD 57104-0493
515171089      +Citizens Bank,    1 Citizens Dr,   Riverside, RI 02915-3000
515193443      +Department Stores National Bank/American Express,    Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
515193444      +Department Stores National Bank/Macys,    Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
515171093      +Early Warning Services,    8777 E. Harford Drive, Suite 110,   Scottsdale, AZ 85255-5691
515171095      +Equifax,   P.O. Box 740256,    Atlanta, GA 30374-0256
515171094      +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
515171096      +Experian,   P.O. Box 2002,    Allen, TX 75013-2002
515171097       Experian,   P.O. Box 9556,    Allen, TX 75013
515171098      +Experian,   Business Information Services,    475 Anton Boulevard,   Costa Mesa, CA 92626-7037
515171099      +Exxmblciti,   Po Box 6497,    Sioux Falls, SD 57117-6497
515171100      +First Source Advantage, LLC,    205 Bryant Woods South,   Buffalo, NY 14228-3609
515171103      +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
515171104      +Northland Group Inc.,    PO Box 390905,   Minneapolis, MN 55439-0905
515171105      +Pnc Bank,   103 Bellevue Pkwy,    Wilmington, DE 19809-3701
517960852      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517960853      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515171106      +Sunoco/Cbn,   Po Box 6497,    Sioux Falls, SD 57117-6497
515171113      +Target Nb,   Po Box 673,    Minneapolis, MN 55440-0673
515171115      +Thd/Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
515171116       TransUnion,   P.O. Box 2000,    Crum Lynne, PA 19022
515398905      +U.S. Bank National Association, as Indenture Trust,    c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
515171120     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
                 (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
                 Frederick, MD 21701)
515171117      +Waterworks Plumbing Heat and Air,    20 Booker Street,   Westwood, NJ 07675-2618
515171118      +Wells Fargo Bank,    Po Box 14517,   Des Moines, IA 50306-3517
515218527       Wells Fargo Bank, N.A.,    P.O. Box 19657,   Irvine, CA 92623-9657
515396833      +Wells Fargo Card Services,    1 Home Campus 3rd Floor,   Des Moines, IA 50328-0001
515171119       Wells Fargo Dealer Services,    P.O. Box 25341,   Santa Ana, CA 92799-5341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2020 01:17:38      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2020 01:17:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515171077       E-mail/Text: ally@ebn.phinsolutions.com Feb 15 2020 01:15:06      Ally Auto,   PO Box 380902,
                 Minneapolis, MN 55438-0902
515218481       E-mail/Text: ally@ebn.phinsolutions.com Feb 15 2020 01:15:06
                 Ally Capital serviced by Ally Servicing LLC,    PO Box 130424,   Roseville, MN 55113-0004
515171082       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 15 2020 01:21:05      Cap One,
                 Po Box 85520,   Richmond, VA 23285
515171083      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 15 2020 01:21:52      Cap One Na,
                 Po Box 26625,   Richmond, VA 23261-6625
515171084      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 15 2020 01:21:05      Capital One, N.A.,
                 Po Box 30273,   Salt Lake City, UT 84130-0273
515171087      +E-mail/Text: bankruptcy.notifications@fisglobal.com Feb 15 2020 01:18:08      ChexSystems,
                 Attn: Consumer Relations,    7805 Hudson Road, Suite 100,   Saint Paul, MN 55125-1703
515171090      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2020 01:17:22      Comenity Bank/Express,
                 4590 E Broad St,   Columbus, OH 43213-1301
```

```
District/off: 0312-2          User: admin              Page 2 of 3                    Date Rcvd: Feb 14, 2020
                              Form ID: 200             Total Noticed: 64

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515171091      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2020 01:17:22      Comenity Bank/Nwyrk&Co,
                 220 W Schrock Rd,    Westerville, OH 43081-2873
515171092      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2020 01:17:22      Comenity Bank/Vctrssec,
                 220 W Schrock Rd,    Westerville, OH 43081-2873
515171101      +E-mail/Text: bncnotices@becket-lee.com Feb 15 2020 01:16:43       Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515398252       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2020 01:21:12
                 Portfolio Recovery Associates, LLC,    c/o Capital One,   POB 41067,    Norfolk VA 23541
515399476       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2020 01:21:12
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,   POB 41067,    Norfolk VA 23541
516643287      +E-mail/Text: bnc-quantum@quantum3group.com Feb 15 2020 01:17:29
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788,
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC 98083-0788
516643286       E-mail/Text: bnc-quantum@quantum3group.com Feb 15 2020 01:17:28
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788
515171107      +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2020 01:22:37       Syncb/Ashley Homestore,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
515171108      +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2020 01:22:37       Syncb/Customer Care Ca,
                 Po Box 981439,    El Paso, TX 79998-1439
515171109      +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2020 01:20:58       Syncb/Gap,   Po Box 965005,
                 Orlando, FL 32896-5005
515171110      +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2020 01:21:44       Syncb/Lord & Tay,   Po Box 965015,
                 Orlando, FL 32896-5015
515171111      +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2020 01:20:59       Syncb/Old Navy,   Po Box 965005,
                 Orlando, FL 32896-5005
515171112      +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2020 01:20:59       Syncb/Syncb Nations,
                 Po Box 981439,    El Paso, TX 79998-1439
515171114       E-mail/Text: bankruptcy@td.com Feb 15 2020 01:17:40       TD Bank,   P.O. Box 1377,
                 Lewiston, ME 04243
515212791       E-mail/Text: bankruptcy@td.com Feb 15 2020 01:17:40       TD Bank N.A.,   Attn: Bankruptcy Dept.,
                 ME2-002-035,    P.O. Box 9547,    Portland, ME 04112-9547
                                                                                              TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, as Indenture Trust
515343779*      American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
515343780*      American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
515171102     ##+Lord Tayl,   424 5th Avenue,    New York, NY 10018-2703
                                                                                    TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
               for Bear Stearns ARM Trust 2006-1, Mortgage Backed Notes, Series 2006-1 nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Bear Stearns ARM Trust 2006-1 Mortgage Backed Notes,
               Series 2006-1, U.S. Bank National dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John F. Murano    on behalf of Joint Debtor Kerry Ann Corwin-Gursaly john@muranoroth.com,
               vicky@muranoroth.com;muranojr90959@notify.bestcase.com
```

```
District/off: 0312-2            User: admin              Page 3 of 3              Date Rcvd: Feb 14, 2020
                                Form ID: 200             Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          John F. Murano    on behalf of Debtor Arnold Joseph Gursaly john@muranoroth.com, vicky@muranoroth.com;muranojr90959@notify.bestcase.com
          Joseph Gunnar Devine, Jr    on behalf of Creditor    TD Bank jdevine@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com
          Marie-Ann   Greenberg    magecf@magtrustee.com

                                                                                           TOTAL: 6