UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on March 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Arnold Joseph Gursaly &
Kerry Ann Corwin-Gursaly

| | |
|---|---|
| Case No.: | 14-33166 |
| Chapter: | 13 |
| Hearing Date: | 3/19/2020 |
| Judge: | Vincent F. Papalia |

## ORDER ON MOTION TO REDACT

The relief set forth on the following pages, numbered two (2) through ___2___ is **ORDERED**.

**DATED: March 26, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SCHILLER, KNAPP, LEFKOWITZ
& HERTZEL LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Joseph G. Devine, Jr., Esq. (ID #031072011)
Attorneys for Creditor TD Bank. N.A.

In Re:

ARNOLD JOSEPH GURSALY,
KERRY ANN CORWIN-GURSALY,

      Debtors.

Case No.: 14-33166-VFP

Judge: Hon. Vincent F. Papalia

Chapter: 13

## ORDER GRANTING MOTION TO REDACT

WHEREAS, a Motion was brought before the Court by TD Bank (hereinafter "Movant") requesting an Order to restrict public access to certain documents filed by Movant and to permit the filing of redacted documents, pursuant to Bankruptcy Rule 9037, upon the grounds that said documents contain information or personally identifiable information protected from disclosure; and due deliberation having been had thereon, it is hereby

ORDERED, that the Clerk's Office is to restrict public access to the Proof of Claim listed as Claim Number 3-1 filed on December 5, 2014 in the Court's electronic case file system (ECF System) and make any necessary notations on the Court's docket, and it is further

ORDERED, that Movant is directed to file with the Court a redacted version of said document within five (5) days from the entry of this Order, if such redacted document has not been filed prior to entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Arnold Joseph Gursaly  
Kerry Ann Corwin-Gursaly  
     Debtors

Case No. 14-33166-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 27, 2020  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2020.  
db/jdb      +Arnold Joseph Gursaly,   Kerry Ann Corwin-Gursaly,   235 North Central Avenue,   Ramsey, NJ 07446-1415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2020 at the address(es) listed below:

      Andrew L. Spivack   on behalf of Creditor   U.S. Bank National Association, as Indenture Trustee for Bear Stearns ARM Trust 2006-1, Mortgage Backed Notes, Series 2006-1 nj.bkecf@fedphe.com  
      Denise E. Carlon   on behalf of Creditor   Bear Stearns ARM Trust 2006-1 Mortgage Backed Notes, Series 2006-1, U.S. Bank National dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      John F. Murano   on behalf of Joint Debtor Kerry Ann Corwin-Gursaly john@muranoroth.com, vicky@muranoroth.com;muranojr90959@notify.bestcase.com  
      John F. Murano   on behalf of Debtor Arnold Joseph Gursaly john@muranoroth.com, vicky@muranoroth.com;muranojr90959@notify.bestcase.com  
      Joseph Gunnar Devine, Jr   on behalf of Creditor   TD Bank jdevine@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com  
      Marie-Ann Greenberg   magecf@magtrustee.com  
                                                                                                  TOTAL: 6